# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>v.<br><br>LAVONDA K. WRIGHT,<br><br>                     Defendant. | Case No. 18-CR-117-JPS<br><br>**ORDER** |

On May 22, 2018, the grand jury returned a single count indictment against Defendant. (Docket #1). The government charged Defendant, a United States Postal Service employee, with stealing money and gift cards from pieces of mail. Id. On August 29, 2018, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to the charge. (Docket #18 at 2).

The parties appeared before Magistrate Judge William E. Duffin on September 5, 2018, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #23). Defendant entered a plea of guilty as to Count One. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #23 and #24).

Thereafter, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly.

(Docket #24). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's report and recommendation (Docket #24) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 20th day of September, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge